UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
GREENBELT

RECEIVED IN THE CHAMBERS OF
DEBORAH K.
OCT 2 3 2015
UNITED STATES DISTRICT JUDGE

UNITED STATES OF AMERICA

v.                                   CRIMINAL CODE: DKC-14-0046

DAVID DI PAOLO

# MOTION FOR DISMISSAL (RULE 48 Fed.R.Crim.P.)

Defendent, David D. Paolo, Pursuant RULE 48 of the Fed.R.Crim.P, Moves this Honorable Court to dismiss the charge against the, defendent, of Voulentary Manslaughter. In Violation of (Title 18 U.S.C §§ 7 and 1112.)

Pursuant the 14th Amendment of the Constitution, "punishing a pre-trial detainee violates due-process". If the punishment has no legitamate Government Objective. See (Bell, 411 U.S. at 537 n.16)

ON 6/26/15 200.$ was taken out of defendents (C.D.F.) Comisary account. He'd been in Missouri for two months. Thirty Three dollars remain on his account upon return, 9/22/15. (Documents ENCLOSED.)

Docking 200$ from defendents Comisary Account served no legitamate Gout. Objective. Iligitamate punishment such as this cant be over-looked. Please Grant Motion.

TO Judge Deborah. K. Chasanow.

Sincerely                    Defendent DAVID DiPaolo