*Judge Deborah R. CHASANOW*

## Resident Funds Inquiry

Print Page Content
Reset Password
Logout

---

Resident ID: 4038500    [Submit]

Resident ID: **4038500**
Resident Name: **DIPALO , DAVID**
Date of Birth: **1982-02-11**
Location: **CDF - HUE - 2 - 18**

**Account Activity:**

| Date | Transaction | Type | Description | Amount | Balance | Due | Held | Encumbered | Total |
|---|---|---|---|---|---|---|---|---|---|
| 10/05/2015 | 104114827 | EPR | OID:100874513-ComisaryPurch-Reg | -5.87 | 12.04 | 0.00 | 0.00 | 0.00 | 12.04 |
| 9/28/2015 | 104038903 | EPR | OID:100860042-ComisaryPurch-Reg | -3.30 | 17.91 | 0.00 | 0.00 | 0.00 | 17.91 |
| 9/22/2015 | 103985589 | EPR | OID:100846748-ComisaryPurch-Reg | -12.58 | 21.21 | 0.00 | 0.00 | 0.00 | 21.21 |
| 6/26/2015 | 103181265 | &lt;INST ASSMT C&gt; | JA5BR030 CHARGEBACK FOR DT207004 | -200.00 | 33.79 | 0.00 | 0.00 | 0.00 | 33.79 |
| 6/26/2015 | 103181262 | INST ASSMT CR | JA5BR030 CHARGEBACK FOR DT207004 | 200.00 | 233.79 | 200.00 | 0.00 | 0.00 | 233.79 |
| 2/10/2015 | 101830731 | EPR | OID:100370411-ComisaryPurch-Reg | -49.25 | 233.79 | 0.00 | 0.00 | 0.00 | 233.79 |
| 2/04/2015 | 101774444 | ERF | OID:100342839-ComisaryRefund-Reg | 4.00 | 283.04 | 0.00 | 0.00 | 0.00 | 283.04 |
| 2/02/2015 | 101738540 | EPR | OID:100354549-ComisaryPurch-Reg | -57.04 | 279.04 | 0.00 | 0.00 | 0.00 | 279.04 |
| 1/26/2015 | 101676526 | EPR | OID:100342839-ComisaryPurch-Reg | -56.85 | 336.08 | 0.00 | 0.00 | 0.00 | 336.08 |
| 1/22/2015 | 101652536 | MISC DISB CR | JE5JR287 CDF 1-22-14 FUND PIZZA | -10.00 | 392.93 | 0.00 | 0.00 | 0.00 | 392.93 |
| 1/21/2015 | 101640205 | CASH RECEIPT CR | CDF-01/21/2015-B97356 | 200.00 | 402.93 | 0.00 | 0.00 | 0.00 | 402.93 |
| 1/21/2015 | 101633433 | ERF | | 1.50 | 202.93 | 0.00 | 0.00 | 0.00 | 202.93 |

*Handwritten annotations: "gorbach" next to 9/22/2015; "I was in Missouri on this DAY OOPS" next to 6/26/2015; "Left Building" next to 2/10/2015.*

| Date | Ref | Type | Description | Amount | Balance | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | OID:100297334-ComisaryRefund-Reg | | | | | | |
| 1/20/2015 | 101625968 | CASH RECEIPT CR | DT204672/CDF 1/20/15 B-97353 | 115.20 | 201.43 | 0.00 | 0.00 | 0.00 | 201.43 |
| 1/19/2015 | 101615333 | EPR | OID:100327440-ComisaryPurch-Reg | -61.08 | 86.23 | 0.00 | 0.00 | 0.00 | 86.23 |
| 1/15/2015 | 101597901 | LKBX RCPT CR | JE5JR273/CDF/1-6-15 | 50.00 | 147.31 | 0.00 | 0.00 | 0.00 | 147.31 |
| 1/12/2015 | 101556723 | LKBX RCPT CR | JE5JR270 CDF 1-5-15 | 50.00 | 97.31 | 0.00 | 0.00 | 0.00 | 97.31 |
| 1/12/2015 | 101548603 | EPR | OID:100311764-ComisaryPurch-Reg | -84.90 | 47.31 | 0.00 | 0.00 | 0.00 | 47.31 |
| 1/05/2015 | 101469591 | EPR | OID:100297334-ComisaryPurch-Reg | -67.79 | 132.21 | 0.00 | 0.00 | 0.00 | 132.21 |
| 12/29/2014 | 101434273 | LKBX RCPT CR | JE5JR250/CDF/12-17-14 | 100.00 | 200.00 | 0.00 | 0.00 | 0.00 | 200.00 |
| 12/29/2014 | 101427939 | LKBX RCPT CR | JE5JR249/CDF/12-16-14 | 100.00 | 100.00 | 0.00 | 0.00 | 0.00 | 100.00 |
| 12/08/2014 | 101257676 | EPR | OID:100245176-ComisaryPurch-Reg | -0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/17/2014 | 101092395 | EPR | OID:100204572-ComisaryPurch-Reg | -2.77 | 0.20 | 0.00 | 0.00 | 0.00 | 0.20 |
| 11/06/2014 | 100994727 | ERF | OID:100175442-ComisaryRefund-Reg | 2.85 | 2.97 | 0.00 | 0.00 | 0.00 | 2.97 |
| 11/03/2014 | 100950445 | EPR | OID:100175442-ComisaryPurch-Reg | -59.88 | 0.12 | 0.00 | 0.00 | 0.00 | 0.12 |
| 10/28/2014 | 100907541 | LKBX RCPT CR | JE5JR172/CDF/10-21-14 | 60.00 | 60.00 | 0.00 | 0.00 | 0.00 | 60.00 |