UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(GREENBELT)

UNITED STATES OF AMERICA :
v. : CRIMINAL no. DKC-14-0046
DAVID DI PAOLO :

## MOTION TO WAIVE RIGHT OF COUNSEL PROCEED PRO-SE

Comes now the Defendent herein, David DiPAOLO, respectfully moves this Honorable Court to enter an order to Waive Right to Counsel and allow defendent to proceed PRO-SE. Pursuant to the Sixth Amendment and RULE 44c of the Federal Rules Crim. P. pertaining to Conflict of Interest.

### BACKGROUND:

Defendent is charged with Vouluntary Manslaughter in violation of Title 18 USC §§ 7 and 1112. Indictment alleges defendent did unlawfully commit Manslaughter at Carderock National PARK, Potomac Maryland.

Defendents Counsel, Michael CitaraManis, of the Public Defenders Office, litigated in Court Jan 4th 2015, that defendent, DiPaolo, "made up" an incident report about his cellmate, Jayson Thwarps. Also Mr. CitaraManis's client, at the time, (he's obtained Private Counsel since). Jayson Thwarps was bitter about having a cellmate. Threatened my life, and even though open cells were available, staff insisted I stay with Thwarps. At night he "through" bodily fluids at me in sticky tissue. Staff moved me to an open cell. Thwarps got upset attacked staff, was tear gassed, put in (was tear gassed), put in Restraints

restraints and carried off the unit. Michael Citara Manis told court I lied about the incident. Mr. Thwarps was a substantial threat to defendant, and staff. I dont believe they made up allegations that he attacked them. Obviously there was a real threat to my safety.

U.S. v. Nicholson, 475 F.3d 241, 249-50 (4th cir. 2007) (Conflict of Interest because counsel simultaneously represented defendant and other client who threatened to kill defendant and interests of eachother were in total opposition.) i.e. I did not benefit from being called a liar.

STRICKLAND, 466 U.S. at 692 (RIGHT TO effective assistance of counsel impaired when defense counsel operates under conflict of interests because "Counsel breaches most basic duty, Loyalty) (Mr. Thwarps used telephone to put hit on) STAFF.

Wherefore, for foregoing reasons, defendant, DAVID DiPaolo, Respectfully requests this Honorable Court to Grant Motion for Pro-SE. RIGHT TO Self counsel Pursuant ; the Sixth Amendment of the Constitution, RULE 44c of the F.R.Crim.P. pertaining to Conflict of Interest. (Defendant recieved a plea bargain that expired OCT. 16 2015. RIGHT TO self counsel needed urgently!)

Respectfully Submitted   for: Judge CHASANOW
PLEASE RESPOND so defendant knows   DAVID DiPaolo, defendant # DKC-14-046
letter has been recieved. thank you.   D. DiPaolo

CHESEREAKE DETENTION FACILITY
401 EAST MADISON STREET
BALTIMORE MARYLAND, 21202

(OCT 20th 2015)

THIS Letter proves I'm Competent, and can cite LAW. I wont cause any problems, I'm no trouble maker.