# UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND
### (GREENBELT)

UNITED STATES OF AMERICA:

v.

DAVID DiPAOLO

: CRIMINAL CODE: DKC-14-0046

## MOTION FOR PRETRIAL HEARING (RULE 17.1)

Defendent, DAVID DiPaolo, Moves this Honorable Court pursuant (RULE 17.1) of the Fed.R.CRIM.P. to grant a hearing for defendent.

Defendent, wishes to "redirect" Court regarding Motion Pursuant (RULE 12.2) of insanity defense, set fourth by the public defenders office. Defendent had no say in the matter and since it's Wobbley mostly because defendent doesn't conscent he wishes to address Court.

① Defendent's "ability" to work with counsel is not at question. His "will" is. Susan Bauer (counsel) suggested I was a "smart kid and I'd catch on fast". I took it that she wanted me to tell the doctor I believed giant spiders that were taking over the gov't. Also wanted to hurt me. I refused.

② If my ability was the problem it might be a competency issue. If it's my will; and an Inteligent, Knowledgeable decision to Waive Rights to Counsel" I believe it's a 6th Amendment Right's Issue (I do wish to Waive Counsel). If they wanted to quit they may be (insufficient Counsel)" luckly they don't and it is all my Knowledgeable

decision to "WAIVE RIGHT TO COUNSEL." Please
GRANT this motion your Honor.

9/29/15

Sincerely,  DAVID DI PAOLO
Respectfully,

Suite 245 A
Judge CHASANOW
6500 CHerryWood Lane
GREENBELT MARYLAND, 21206

- DAVID DI PAOLO
CHesapeake Detention FACILity
401 EAST MADISON STREET
BALTIMORE, MARYLAND 20770

Defendant also promises to proceed wisely, and
cautiously in his deliverance.