UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
GREENBELT

10/2/15

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL CODE: DKC-14-0046 |
| DAVID DI PAOLO | |

RECEIVED IN THE CHAMBERS OF
DEBORAH K. ———
NOV – 4 2015
UNITED STATES DISTRICT JUDGE

## DEFENDENTS MOTION TO WAIVE COUNSEL (PRO-SE)

Defendent, DAVID DI PAOLO, Moves this Honorable Court to Grant the 6th Amendment Right to "Pro-Se", Mr. Di Paolo does qualify to court expectations. His Counsel says he's Competent and, defendent, would like the opportunity to be at this Competency hearing. My Lawyer said it would not be necessary for my presence (I want to come.) Pursuant RULE 17d of the Fed. R. Crim. P. to have a pretrial meeting (Conference) Mr. Di Paolo knows the Judge said he cannot Claim Right TO "PRO-SE" until he is Competent. That is why I'd Like to be there.

Defendent IS Requesting "PRO-SE" Rights pursuant the 6th Amendment, primarily because of "conflict of interests of counsel." Which lies under RULE 44c of the F.R.Crim.P.

(Missing Money 200$)
Defendent feels "DUE-PROCESS" was violated when, defendent's Commisary Acct. @ (C.D.F) was "docked" 200.$ for writting complaints to the court. Happened while I was in Missouri. When I came back the acct. Read 33.$ remained. 200$ had been taken out in June of 2015. Served no legitamate Gout. Objective. (Due-Process requires a detainee on Pretrial not be punished)

Sincerely David

"Please BRING Mr. DAVID Di Paolo to Court." (signature) David Di Paolo

(WAIVER OF COUNSEL) "PRO-SE"
U.S. v. Gonzalez 636 F.3d 157 160-61 (5th Cir. 2011)
(Waiver of right to counsel knowing and intelligent where defendent had previous experience with Criminal Justice System and was warned that it was not wise to proceed without Counsel.)

"I've had experience with the criminal justice system. I've learned how to file motions; Courtroom procedure, Federal RULES of the Criminal Procedure. I understand all of that. I know how to conduct myself in a cordial manner. Even gone to court without Counsel many times."

The only reason I have not formally waited to request (Pro-se) this is because the prosecution has already given us our first plea-bargain which expired Oct 16th 2015. I understand I must wait for the court to submit its findings and I'm sorry but these are my intentions. Even Rights to "Waive counsel" PRO-SE must be exercised to ensure them in the future or else they eventually fade away or are outdated and amended or overwritten. I've taken or attended law courses at VCU I understand the Criminal Justice System.