**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
SOUTHERN DIVISION
6411 IVY LANE, SUITE 710
GREENBELT, MARYLAND  20770
TEL: (301) 344-0600
FAX: (301) 344-0019
TOLL FREE: (888) 387-3384

| | |
|---|---|
| **JAMES WYDA**<br>FEDERAL PUBLIC DEFENDER | **MICHAEL T. CITARAMANIS**<br>ASSISTANT FEDERAL PUBLIC DEFENDER |

March 30, 2016

The Honorable Deborah K. Chasanow
Senior United States District Judge
6500 Cherrywood Lane
Greenbelt, Maryland   20770

      Re:    *United States v. David DiPaolo*
             Case No. DKC-14-0046

Your Honor:

    As you know, sentencing in this matter is scheduled for May 9, 2016.  At this time, I ask that it be continued until after June 20, 2016.

    The reason for this request is to give more time to the Probation Officer to prepare the final Pre-Sentence Report and the parties to prepare and file their sentencing memoranda.

    Assistant United States Attorney Thomas Sullivan has been contacted and he has no objection to this request.

                            Sincerely,

                            /s/

                            MICHAEL T. CITARAMANIS
                            Assistant Federal Public Defender

cc:    AUSA Thomas Sullivan
       USPO Stephanie D'Amato
       AFPD Susan Bauer